IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Petitioner,                    No. 2:11-cv-2752 GEB JFM (HC)

    vs.

GIPSON, *Warden*,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a document styled as a motion for temporary restraining order. The court construes this motion as a motion to disqualify the undersigned pursuant to 28 U.S.C. § 455. The motion is without merit and will be denied.

        Review of the record shows that this petition for writ of habeas corpus was dismissed on March 7, 2012, and that the United States Court of Appeals for the Ninth Circuit denied petitioner's request for a certificate of appealability on April 27, 2012. No orders will issue in response to future filings.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that petitioner's March 13, 2012 motion is construed as a motion to disqualify the undersigned and, so construed is denied. No orders will issue in response to future filings in this closed action.

DATED: May 24, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
dust2752.158